UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIANA FOLEY,<br><br>    Defendant | Criminal No. 25cr10400<br><br>Violation:<br><br><u>Count One</u>: Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge<br>(21 U.S.C. § 843(a)(3))<br><br><u>Forfeiture Allegation</u><br>(21 U.S.C. § 853) |

## INFORMATION

### COUNT ONE
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

The United States Attorney charges:

On or about July 16, 2022, in Boston, in the District of Massachusetts, the defendant,

ARIANA FOLEY,

did knowingly and intentionally acquire and obtain midazolam (also known as Versed), a Schedule IV controlled substance, by misrepresentation, fraud, deception, and subterfuge, namely, the defendant, while working as a registered nurse at a Boston area hospital, did divert midazolam prescribed to a patient in the intensive care unit, for her own use.

All in violation of Title 21, United States Code, Section 843(a)(3).

## DRUG FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

1. Upon conviction the offense in violation of Title 21, United States Code, Section 843(a), set forth in Count One, the defendant,

ARIANA FOLEY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 8 above.

All pursuant to Title 21, United States Code, Section 853.

LEAH B. FOLEY
United States Attorney
District of Massachusetts

/s/ Mackenzie A. Queenin

MACKENZIE A. QUEENIN
Assistant United States Attorney
District of Massachusetts

October 10, 2025